**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  24-60178-CIV-SMITH**

MARIO R. MARIN,

      Plaintiff,

v.

WASTE PRO OF FLORIDA, INC.,

      Defendant.

_____/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

This matter is before the Court upon the Magistrate Judge's Report and Recommendation [DE 15] on the parties' Joint Motion for Approval of Settlement and Stipulation for Order of Dismissal ("Joint Motion") [DE 12], in which the Magistrate Judge recommends granting the parties' Joint Motion.  The parties filed a Joint Notice of Non-Objection [DE 16] indicating that the parties have no objection to the Magistrate Judge's Report and Recommendation.  Having reviewed, *de novo*, the Report and Recommendation and the record, and given that there are no objections, it is

**ORDERED** that:

1)     Magistrate Judge's Report and Recommendation on the Parties' Joint Motion **[DE 15]** is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2)     The parties' Joint Motion **[DE 12]** is **GRANTED**.

3)     This case is **DISMISSED with prejudice**.

1

4)      The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement until **November 29, 2024**.

5)      This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 30th day of May, 2024.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record

2